UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>1-800-FLOWERS.com, Inc.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  1:25-CV-02811-TWT<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT [Fed. R. Civ. P. 6(b)]**

Defendant 1-800-FLOWERS.com, Inc., ("Defendant"), by and through its undersigned counsel, respectfully files this Unopposed Motion to Extend Time to Answer or otherwise respond to the Complaint and shows the Court the following:

1.

This is a class action. Plaintiff Ethan Radvansky ("Plaintiff"), filed a Complaint ("Complaint") on May 20, 2025, naming 1-800-FLOWERS.com, Inc. as Defendant.

2.

Defendant was served on May 23, 2025. The deadline to respond to the Complaint was June 13, 2025.

3.

On June 3, 2025, Defendant filed an Unopposed Motion for Extension of Time to File Answer by or before July 14, 2025. (Docket No. 7).

4.

On June 4, 2025, this Court granted the Parties' Consent Motion for Extension of Time to Answer. (Docket No. 9).

5.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Parties request an extension for Defendant's deadline to answer or otherwise respond to the Complaint by thirty (30) days up to and including August 13, 2025, as they are exchanging information in good faith hopes of simplifying the issues in litigation, and this request is made before the original time to answer has expired.

6.

Plaintiff, by and through counsel, does not oppose this extension.

7.

This is Defendant's second request for an extension of time to answer, move, or otherwise respond to the Complaint.

8.

WHEREFORE, Defendant prays that its motion be granted. A proposed Order is attached.

- 3 -

Respectfully submitted this 8th day of July, 2025.

                                                   Respectfully submitted,

                                                   **DENTONS US LLP**

                                                   */s/ Leanne E. Sunderland*
                                                   Mark A. Silver, Esq.
                                                   Georgia Bar No.: 811928
                                                   Leanne E. Sunderland, Esq.
                                                   Georgia Bar No. 351965

                                                   303 Peachtree Street, N.E., Suite 5300
                                                   Atlanta, GA 30308
                                                   Telephone: (404) 527-4000
                                                   Mark.Silver@dentons.com
                                                   Leanne.Sunderland@dentons.com

                                                   *Attorneys for Defendant 1-800-FLOWERS.com, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all attorneys of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Leanne E. Sunderland*
Leanne E. Sunderland, Esq.
Georgia Bar No. 351965

303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Leanne.Sunderland@dentons.com

*Attorney for Defendant 1-800-FLOWERS.com, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

*/s/ Leanne E. Sunderland*
Leanne E. Sunderland, Esq.
Georgia Bar No. 351965

303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Leanne.Sunderland@dentons.com

*Attorney for Defendant 1-800-FLOWERS.com, Inc.*