# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> 1-800-FLOWERS.com, Inc., <br><br> Defendant. | Civil Action No. <br> 1:25-CV-02811-TWT |

## ORDER EXTENDING TIME TO MOVE OR ANSWER

Upon consideration of the consent motion, it is hereby ORDERED that Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint is GRANTED, and the time to file a responsive pleading is extended through and includes August 13, 2025.

It is so ORDERED this 10th day July, 2025.

_____
The Honorable Thomas W. Thrash, Jr.,
U.S. Northern District of Georgia

1