**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*, | ) Civil Action No.: 1:25-cv-02811 ) |
| Plaintiff, | )       Class Action Complaint ) |
| v. | )       Jury Trial Demanded ) ) |
| 1-800-FLOWERS.com, Inc. | ) ) |
| Defendant. | ) ) ) |

**ORDER ON PLAINTIFF'S
CONSENT MOTION TO EXTEND THE TIME FOR
THE PLAINTIFF TO FILE A MOTION FOR CLASS CERTIFICATION**

Having considered the Plaintiff Ethan Radvanksy's motion, the Court GRANTS the motion and ORDERS that that the Plaintiff shall be able to file a motion for class certification at a time that is Ordered by the Court when a joint proposed Scheduling Order is issued.

SO ORDERED this 15th day of July, 2025.

*Thomas W. Thrash*
United States District Court

1