IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, *on behalf of himself and others similarly situated*,<br><br>　　Plaintiff<br><br>v.<br><br>1-800-FLOWERS.com, Inc.,<br><br>　　Defendant. | Case No.:  1:25-cv-02811-AT |

**DEFENDANT 1-800-FLOWERS.COM, INC.'S
MOTION TO DISMISS CLASS ACTION COMPLAINT, OR
ALTERNATIVELY, MOTION TO STRIKE OR DISMISS CLASS
ALLEGATIONS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant 1-800-FLOWERS.COM, Inc. ("Defendant") moves to dismiss Plaintiff Ethan Radvansky's ("Plaintiff") Class Action Complaint ("Complaint"), *see* ECF No. 1, with prejudice for failure to state a claim for at least the following reasons: (1) Plaintiff is not a "residential telephone subscriber" under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227; (2) the TCPA does not regulate text messages and, thus, they are excluded from coverage under the "Do Not Call" registry; (3) Plaintiff has not adequately alleged a "willful" or "knowing" violation to enable him to recover treble damages; and (4) Plaintiff has not sufficiently alleged immediate harm required for an injunction.

1

Alternatively, if this Court does not dismiss the Complaint, the class allegations should be struck or dismissed because courts have recognized that whether a phone number is "residential" cannot be determined on a class-wide basis. In support of this motion, Defendant refers to the memorandum filed concurrently herewith.

Respectfully submitted this 13th day of August, 2025.

**DENTONS US LLP**

*/s/ Leanne E. Sunderland*
Mark A. Silver, Esq.
Georgia Bar No.: 811928
Leanne E. Sunderland, Esq.
Georgia Bar No. 351965

303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Mark.Silver@dentons.com
Leanne.Sunderland@dentons.com

*Attorneys for Defendant 1-800-FLOWERS.com, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all attorneys of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        **DENTONS US LLP**

        */s/ Leanne E. Sunderland*
        Mark A. Silver, Esq.
        Georgia Bar No.: 811928
        Leanne E. Sunderland, Esq.
        Georgia Bar No. 351965

        303 Peachtree Street, N.E., Suite 5300
        Atlanta, GA 30308
        Telephone: (404) 527-4000
        Mark.Silver@dentons.com
        Leanne.Sunderland@dentons.com

        *Attorneys for Defendant 1-800-FLOWERS.com, Inc.*

## LOCAL RULE 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

This 13th day of August, 2025.

**DENTONS US LLP**

*/s/ Leanne E. Sunderland*
Mark A. Silver, Esq.
Georgia Bar No.: 811928
Leanne E. Sunderland, Esq.
Georgia Bar No. 351965

303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Mark.Silver@dentons.com
Leanne.Sunderland@dentons.com

*Attorneys for Defendant 1-800-FLOWERS.com, Inc.*