IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ethan Radvansky, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> 1-800-FLOWERS.com, Inc. <br><br> Defendant. | Civil Action No.:25-cv-2811 |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Ethan Radvansky ("Plaintiff"), by and through counsel and with the consent of the Defendant, respectfully moves this Court for an extension of time of thirty (30) days to respond to Defendant 1-800-FLOWERS.com, Inc.'s Motion to Dismiss the Class Action Complaint. In support of this Motion, Plaintiff shows the Court as follows:

1. Defendant filed its Motion to Dismiss on August 13, 2025. Under the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff's response is currently due on September 3, 2025. *See* L.R. 7.1(B).

2.  Plaintiff requests a thirty (30) day extension of this deadline in order to allow sufficient time to fully address the issues raised in Defendant's Motion to Dismiss.

3.  This request is made in good faith and not for purposes of delay. Granting this extension will not prejudice Defendant and will serve the interests of justice by ensuring full briefing on the issues presented.

4.  Pursuant to Local Rule 7.1(A)(1), Plaintiff certifies that he has conferred with counsel for Defendant regarding this Motion, who does not oppose the request.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss by thirty (30) days, such that the new deadline shall be October 3, 2025.

Dated: August 22, 2025

/s/ Anthony I. Paronich

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

        Counsel for Plaintiff and the Proposed Class