IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ethan Radvansky, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1-800-FLOWERS.com, Inc.<br><br>Defendant. | Civil Action No.:25-cv-2811 |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE HIS BRIEF BY TEN PAGES IN OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

Plaintiff respectfully moves for leave to file an Opposition to Defendant's Motion to Dismiss not to exceed thirty-five (35) pages, i.e., ten (10) pages beyond the twenty-five (25) page limit set by LR 7.1(D). Good cause exists, and no party will be prejudiced.

Local Rule 7.1(D) limits principal briefs to 25 pages absent prior permission of the Court. Plaintiff seeks such permission for the Opposition only.

Despite diligent editing, Plaintiff does not believe he cannot responsibly present the issues within 25 pages because the motion raises interlocking questions that require targeted but adequate treatment.

The request is modest and confined to this brief. Defendant may respond within the existing limits or seek comparable relief. Granting this motion promotes

efficient adjudication by allowing a clean, consolidated presentation without piecemeal supplemental briefing.

Defense counsel has consented to this relief.

Plaintiff respectfully requests leave to file an Opposition to the Motion to Dismiss not to exceed 35 pages. All other formatting requirements of LR 7.1 will be observed.

Date: September 17, 2025    */s/ Anthony Paronich*
Anthony I. Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*