IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> 1-800-FLOWERS.com, Inc., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 1:25-CV-02811-TWT <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant 1-800-FLOWERS.com, Inc., ("Defendant"), by and through its undersigned counsel and with the consent of the Plaintiff, respectfully moves this Court for an extension of time of twenty-one (21) days to file its Reply in Support of Defendant's Motion to Dismiss the Class Action Complaint. In support of this Motion, Defendant shows the Court as follows:

1.

On May 20, 2025, Plaintiff filed his Class Action Complaint. *See* No. 1.

2.

On June 3, 2025, Defendant filed its unopposed Motion for Extension of Time to File an Answer to the Complaint, which this Court granted on June 4, 2025. *See* No. 7; *see* No. 9.

- 1 -

3.

On July 8, 2025, Defendant filed a second unopposed Motion for Extension of Time to Respond to the Complaint, which this Court granted on July 10, 2025. *See* No. 10; *see* No. 11.

4.

On July 11, 2025, Plaintiff filed a Consent Motion for Extension of Time for Plaintiff to file a Motion for Class Certification which this Court granted on July 15, 2025. *See* No. 12; *see* No. 13.

5.

Defendant filed its Motion to Dismiss on August 13, 2025. *See* No. 14.

6.

Under the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff's response was due on September 3, 2025. *See* L.R. 7.1(B).

7.

Plaintiff requested a thirty (30) day extension of this deadline, with Defendant's consent. *See* No. 15.

8.

This Court granted Plaintiff's request. *See* August 26, 2025 Docket Order.

9.

On September 17, 2025, Plaintiff also requested, with Defendant's consent, leave to file excess pages for its Response to Defendant's Motion to Dismiss which the Court granted. *See* No. 16; *see* September 19, 2025 Docket Order.

10.

On September 20, 2025, Plaintiff filed his 35-page brief in Response to Defendant's Motion to Dismiss. *See* No. 17.

11.

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, any Reply in support of Defendant's Motion to Dismiss is currently due on October 6, 2025. *See* L.R. 7.1(C).

12.

Defendant requests a twenty-one (21) day extension of this deadline in order to allow sufficient time to fully address the arguments raised in Plaintiff's Response to Defendant's Motion to Dismiss, especially given that it was over the normal length of a response brief.

13.

This request is made in good faith and not for the purpose of delay. Granting this extension will not prejudice Plaintiff and will serve the interest of justice by ensuring full briefing on the issues presented.

14.

Pursuant to Local Rule 7.1(A)(2), Defendant's counsel certifies that it conferred with counsel for Plaintiff regarding this Motion on a phone call on September 29, 2025, and Plaintiff's counsel does not oppose the request.

WHEREFORE, Defendant respectfully requests that this Court extend the deadline for Defendant to file its Reply in support of its Motion to Dismiss by twenty-one (21) days, such that the new deadline shall be October 27, 2025.

Respectfully submitted this 30th day of September, 2025.

        **DENTONS US LLP**

        */s/ Mark A. Silver*
        Mark A. Silver, Esq.
        Georgia Bar No.: 811928
        Leanne E. Sunderland, Esq.
        Georgia Bar No. 351965

        303 Peachtree Street, N.E., Suite 5300
        Atlanta, GA 30308
        Telephone: (404) 527-4000
        mark.silver@dentons.com
        leanne.sunderland@dentons.com

        *Attorneys for Defendant 1-800-FLOWERS.com, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all attorneys of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Mark A. Silver*
Mark A. Silver, Esq.
Georgia Bar No.: 811928
Leanne E. Sunderland, Esq.
Georgia Bar No. 351965

**DENTONS US LLP**
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Mark.silver@dentons.com
Leanne.Sunderland@dentons.com

*Attorney for Defendant 1-800-FLOWERS.com, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

                                       */s/ Mark A. Silver*
                                       Mark A. Silver, Esq.
                                       Georgia Bar No.: 811928
                                       Leanne E. Sunderland, Esq.
                                       Georgia Bar No. 351965

                                       **DENTONS US LLP**
                                       303 Peachtree Street, N.E., Suite 5300
                                       Atlanta, GA 30308
                                       Telephone: (404) 527-4000
                                       Mark.silver@dentons.com
                                       Leanne.Sunderland@dentons.com

                                       *Attorney for Defendant 1-800-FLOWERS.com, Inc.*