# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, *on behalf of himself and others similarly situated*,<br><br>    Plaintiff<br><br>v.<br><br>1-800-FLOWERS.com, Inc.,<br><br>    Defendant. | Case No.: 1:25-cv-02811-AT |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS CLASS ACTION COMPLAINT, OR ALTERNATIVELY, MOTION TO STRIKE CLASS ALLEGATIONS

Defendant 1-800-FLOWERS.COM, Inc. ("Defendant") respectfully moves for leave to file a Reply in Support of Defendant's Motion to Dismiss not to exceed 20 pages, or 5 pages beyond the page limit set by LR 7.1(D). Good cause exists, and no party will be prejudiced.

Defendant's Motion to Dismiss was within the page limit. Plaintiff, with Defendant's consent, moved for and was granted ten additional pages. After extensive editing, Defendant believes that twenty pages are required to adequately address the arguments in this 35 page Opposition, especially given the importance of the issues in this case. Almost all of the issues are case dispositive, and many of the arguments require analysis of recent U.S. Supreme Court precedent.

Plaintiff's counsel does not oppose this request.

Dated: October 21, 2025

                                          Respectfully submitted,

                                          **DENTONS US LLP**

                                          */s/ Mark A. Silver*
                                          Mark A. Silver, Esq.
                                          Georgia Bar No. 811928
                                          Leanne E. Sunderland, Esq.
                                          Georgia Bar No. 351965

                                          303 Peachtree Street, N.E., Suite 5300
                                          Atlanta, GA 30308
                                          Telephone: (404) 527-4000
                                          Mark.Silver@dentons.com
                                          Leanne.Sunderland@dentons.com

                                          *Attorneys for Defendant 1-800-FLOWERS.com, Inc.*

## LOCAL RULE 7.1(D) CERTIFICATE OF FONT COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared with one of the font and point selections approved by this Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

      **DENTONS US LLP**

      */s/ Mark A. Silver*
      Mark A. Silver, Esq.
      Georgia Bar No. 811928
      Leanne E. Sunderland, Esq.
      Georgia Bar No. 351965

      303 Peachtree Street, N.E., Suite 5300
      Atlanta, GA 30308
      Telephone: (404) 527-4000
      Mark.Silver@dentons.com
      Leanne.Sunderland@dentons.com

      *Attorneys for Defendant 1-800-FLOWERS.com, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, a copy of the foregoing was filed using the Court's CM/ECF system and served via email or transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record by the Court's CM/ECF system.

This 21st day of October, 2025.

**DENTONS US LLP**

*/s/ Mark A. Silver*
Mark A. Silver, Esq.
Georgia Bar No.: 811928
Leanne E. Sunderland, Esq.
Georgia Bar No. 351965

303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Mark.Silver@dentons.com
Leanne.Sunderland@dentons.com

*Attorneys for Defendant 1-800-FLOWERS.com, Inc.*

2