# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated ) ) ) ) )  Plaintiff, ) ) v. ) ) 1-800-FLOWERS.com, Inc. ) ) Defendant. ) _____ ) | Civil Action No.:25-cv-2811 |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the recent decision in *Mujahid v. Newity, LLC,* 2025 U.S. Dist. LEXIS 221088 (N.D. Ill.) (Nov. 10, 2025), which directly addresses arguments raised in Defendant's motion to dismiss. A copy of that decision is attached as Exhibit 1.

The Court in *Newity* undertook a full statutory-interpretation analysis and held that the phrase "telephone call," as used in § 227(c), encompasses text messages. The Court's conclusion rested on several grounds: (1) the ordinary meaning of a "call" includes attempts to communicate by telephone, which modern usage recognizes as including written text messages; (2) the structure of § 227 demonstrates that Congress intended consistent usage of the term "call" throughout

the statute; (3) Supreme Court and other precedent interpreting "call" under § 227(b) uniformly holds that a text message is a call; (4) FCC guidance confirms that both voice calls and text messages are covered; and (5) the purpose of § 227(c)—protecting residential subscribers from unwanted solicitations—would be undermined by excluding text message solicitations.

The decision provides persuasive support for Plaintiff's position that unwanted text messages fall within the protections of § 227(c) and that Defendant's motion to dismiss should be denied.

Dated: November 13, 2025
PLAINTIFF,
By her attorney

*/s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

On November 13, 2025, I electronically served the foregoing document on counsel of record for the Defendant through the Court's CM/ECF System.

*/s/ Anthony Paronich*

1