IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:25-CV-02811-TWT |
| v. | ) ) | |
| 1-800-FLOWERS.com, Inc., | ) ) | |
| Defendant. | ) | |

### **NOTICE OF APPEARANCE OF JEFFREY A. ZACHMAN**

Notice is hereby given that Jeffrey A. Zachman of the law firm Dentons US LLP respectfully enters his appearance as counsel for Defendant 1-800-FLOWERS.com, Inc., in the above-captioned action. Counsel requests that notice of all court appearances, motions, pleadings and filings be served on the undersigned.

Dated:  December 16, 2025             Respectfully submitted,

**DENTONS US LLP**

*/s/Jeffrey A. Zachman*
Jeffrey A. Zachman
GA Bar No: 254916
303 Peachtree St., Suite 5300
Atlanta, GA 30308
(404) 527-4000
Email: jeffrey.zachman@dentons.com

*Attorneys for* 1-800-FLOWERS.com, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

<i>/s/ Jeffrey A. Zachman</i><br>
Jeffrey A. Zachman<br>
GA Bar No: 254916

DENTONS US LLP
303 Peachtree St., Suite 5300
Atlanta, GA 30308
Tele : (404) 527-4000
Email:  jeffrey.zachman@dentons.com

2