UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>1-800-FLOWERS.COM, INC.,<br><br>    Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:25-cv-02811-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 18th day of February, 2026.

              KEVIN P. WEIMER
              CLERK OF COURT

            By: s/Traci Clements Campbell
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 18, 2026
Kevin P. Weimer
Clerk of Court

By: s/Traci Clements Campbell
   Deputy Clerk